USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 27 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :     MISDEMEANOR
                                :     INFORMATION
THOMAS JOHNSON,                 :
                                :     07 Cr.
              Defendant.        :
                                :     07 CRIM 696
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about September 2005, up to and including on or about July 27, 2007, in the Southern District of New York and elsewhere, THOMAS JOHNSON, the defendant, being a person required to register under a State sexual offender registration program, unlawfully, willfully, and knowingly, did change his address to a State other than the State in which he resided at the time of his immediately preceding registration, and did establish a new residence in that State, without registering within ten days or at any time thereafter with the Federal Bureau of Investigation ("FBI") and the State in which his new residence was established, to wit, JOHNSON moved from Florida to New York and did not notify the authorities in Florida or New York, or the FBI, or otherwise take steps to update his registration as required by law.

(Title 42, United States Code,
Sections 14072(g)(3) and (i)(1).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney