UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
    UNITED STATES OF AMERICA          NOTICE OF APPEARANCE

             - v -

    _Nancy Schluger_          DOCKET # _____

    (Please PRINT clearly)
---------------------------------X

TO: J. MICHAEL MCMAHON, CLERK.

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT
INDICATED ABOVE IN THE ENTITLED ACTION.

    I AM APPEARING IN THIS ACTION AS (Please check one)
    1. [ ] CJA    2. [ ] RETAINED    3. [X] LEGAL AID

ADMITTED TO PRACTICE IN THIS COURT [ ] NO [X] YES - IF YES
GIVE YOUR DATE OF ADMISSION. MONTH _August_ YEAR _1990_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A
CERTIFICATION OF GOOD STANDING FROM THE _____ STATE
COURT, PURSUANT TO CRIMINAL RULE 1 FOR THE SOUTHERN AND EASTERN
DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

                         SIGNATURE _[signature]_

PLEASE PRINT THE FOLLOWING INFORMATION CLEARLY

_Steven M. Statsinger_
ATTORNEY FOR DEFENDANT

_Federal Defenders Services Unit_
FIRM NAME IF ANY

_52 Duane Street - 10th Floor_
STREET ADDRESS

_NY_      _NY_      _10007_
CITY     STATE     ZIP

_(212) 417-8736_
TELEPHONE

PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK