

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/07
```

## BY FACSIMILE

The Honorable Kevin N. Fox
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 540
New York, New York 10007

> Re:    United States v. Thomas Johnson
>         07 Cr. 696 (KNF)

Dear Judge Fox:

The above-captioned Information, a copy of which is enclosed, was assigned to Your Honor on August 9, 2007. The defendant was presented and arraigned before Your Honor on August 8, 2007. I respectfully request that the Court schedule an initial pretrial conference in this matter. Steven Statsinger, Esq., attorney for the defendant, advises me that he is unavailable August 13, 2007, August 15, 2007, and August 22, 2007.

I further respectfully request that the Court exclude time until the initial pretrial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), to permit the Government to prepare and produce discovery. The ends of justice served by such an exclusion of time outweigh the best interest of the public and the defendant in a speedy trial. Defense counsel consents to this exclusion of time. I appreciate Your Honor's consideration of these matters.

*8/10/07*
*A conference shall be held*
*on August 21, 2007, at 11:30 a.m.*
*in Courtroom 20A. The time*
*between August 10, 2007 and August*
*21, 2007, is excluded from the*
*Speedy Trial Act calculation on*
*consent.*        *SO ORDERED:*
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:    _____

John P. Cronan
Assistant United States Attorney
Tel.: (212) 637-2779
Fax: (212) 637-2937

Enclosure

cc:    Steven Statsinger, Esq. (by facsimile)