UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,                :

       vs.                                                       :

THOMAS JOHNSON,                              :

                  Defendant.         :
------------------------------------------------------x

ORDER

07 Cr. 696 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    On August 21, 2007, the defendant tendered a plea of guilty to a misdemeanor information. Thereafter, he requested that a sentencing proceeding be held as rapidly as possible. In response to that request, the Court scheduled a sentencing proceeding for September 24, 2007, with the proviso that the sentencing proceeding might have to be delayed if the United States Probation Department ("Probation Department") advised the Court that an appropriate presentence investigation report could not be generated by that date.

    The Probation Department has advised the Court that it would need more time to prepare an appropriate presentence investigation report than the time allotted to it perforce of the September 24, 2007 sentencing date. Therefore, the defendant's sentencing proceeding, previously scheduled for September 24, 2007, at 1:00 p.m., will be held on October 15, 2007, at 2:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York
          August 30, 2007

SO ORDERED:

*Kevin Nathaniel Fox*
_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Mailed copies to:

Steven M. Statsinger, Esq.
Federal Defenders of New York
52 Duane Street
10th Floor
New York, NY 10007

John Peter Cronan
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007

Claude Jean-Baptiste
United States Probation Officer
Southern District of New York
233 Broadway
14th Floor
New York, NY 10007